UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAZIIZ S. L. DINKINS,

                              Plaintiff,                    23-CV-10660 (RFT)

          -v-                                               **ORDER**

ALEJANDRO MAYORKAS, SECRETARY OF
HOMELAND SECURITY,

                              Defendant.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 25, 2024, I issued an Order granting Defendant's motion to dismiss Plaintiff's

Complaint without prejudice. (ECF 59.) In that Order I granted Plaintiff leave to amend her

Complaint by June 22, 2024. (*Id*.) Plaintiff amended her Complaint on April 30, 2024, and filed it

on the docket. (*See* ECF 60.)

Accordingly, it is ORDERED that Defendant shall answer, move or otherwise respond to

the Amended Complaint by May 31, 2024. If Defendant files a motion to dismiss the Amended

Complaint, Plaintiff's opposition is due by July 1, 2024. Defendant's reply is due two weeks after

Plaintiff files her opposition. If Plaintiff has questions about this Order, filing papers in this

judicial district, or any procedural matters, she should contact the Court's Pro Se Intake Unit at

(212) 805-0175, or the independent NYLAG Legal Clinic for Pro Se Litigants in the SDNY at (212)

659-6190.

DATED:  May 1, 2024                                SO ORDERED.
          New York, New York

                                                   _____
                                                   **ROBYN F. TARNOFSKY**
                                                   United States Magistrate Judge