UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAZIIZ S.L. DINKINS,<br><br>      Plaintiff,<br><br>-against-<br><br>Alejandro N Mayorkas, et al.,<br><br>      Defendants. | 23-CV-10660 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In their proposed case management plan (ECF 65), the parties requested a settlement conference by July 31, 2024. A settlement conference will be held before the Honorable Ona T. Wang, at a time that is convenient to the Court and the parties; while a conference date before July 31, 2024 cannot be guaranteed, the Court will attempt to hold the settlement conference this summer. To schedule a settlement conference with Judge Ona T. Wang's chambers, please call 212-805-4440.

DATED:  June 26, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge