UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAZIIZ S. L. DINKINS,<br><br>       Plaintiff,<br><br>-v-<br><br>ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY,<br><br>       Defendant. | 23-CV-10660 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On May 1, 2024, I issued an Order setting a briefing schedule in connection with Defendant's anticipated motion to dismiss Plaintiff's Amended Complaint. (ECF 61.) In that Order I directed Plaintiff to file an opposition to Defendant's motion to dismiss no later than July 1, 2024. The July 1, 2024 deadline to submit an opposition has now expired.

  Accordingly, I am nunc pro tunc extending the time for Plaintiff to file a brief in opposition to the Defendant's motion to dismiss. Plaintiff shall file her opposition no later than **July 26, 2024**. Defendant shall file a reply two weeks after Plaintiff files her opposition.

DATED:  July 9, 2024
      New York, New York

                       SO ORDERED.

                       **ROBYN F. TARNOFSKY**
                       United States Magistrate Judge