**MEMO ENDORSED**



Christie R. McGuinness
Phone: (212) 980-7205
christie.mcguinness@saul.com
www.saul.com

October 17, 2024

The Honorable Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**RE:** *Zaziiz S. L. Dinkins v. Alejandro Mayorkas*
1:23-cv-10660-RFT

> **SO ORDERED:**
>
> The Oct. 30th conference is adjourned to **November 20, 2024 at 3:00 p.m.** Ex parte settlement submissions are due by November 13th.
>
> _____
> **Ona T. Wang**            10/29/24
> United States Magistrate Judge

Dear Judge Wang:

As Your Honor is aware, we represent Plaintiff Zaziiz S. L. Dinkins as *pro bono* counsel for the limited purpose of conducting a Settlement Conference in the above-referenced matter. We, along with counsel for Defendant Alejandro Mayorkas, United States Secretary of Homeland Security, write to request a short adjournment of the Settlement Conference currently scheduled for Wednesday, October 30th, 2024. Doc. No. 85. Specifically, since the September 26th, 2024, Pre-Settlement Conference in this matter, the parties have engaged in productive settlement discussions. However, the parties request a short adjournment of the Settlement Conference to the week of November 18th, 2024, at the Court's convenience and assuming its availability, to permit the parties to review a large portion of Plaintiff's medical records, which the undersigned just received and intends to immediately share with the Defendant. For the avoidance of doubt, the parties will continue to engage in settlement discussions leading up to the Settlement Conference. The parties have not sought any prior adjournment of the Settlement Conference.

We thank the Court for its attention to this matter.

Sincerely,

Christie R. McGuinness

CC: All Counsel Of Record Via ECF.

1270 Avenue of the Americas, Suite 2800 ♦ New York, NY 10020 ♦ Phone: (212) 980-7200 ♦ Fax: (212) 980-7292

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP