

Christie R. McGuinness
Phone: (212) 980-7205
christie.mcguinness@saul.com
www.saul.com

The Honorable Robyn F. Tarnofsky
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application granted.
>
> Date: 11/25/24
> New York, NY
>
> SO ORDERED
> *[signature]*
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**RE:** *Zaziiz S. L. Dinkins v. Alejandro Mayorkas*
1:23-cv-10660-RFT

Dear Judge Tarnofsky:

As Your Honor is aware, we represent Plaintiff Zaziiz S. L. Dinkins as *pro bono* counsel for the limited purpose of conducting a Settlement Conference in the above-referenced matter. We, along with counsel for Defendant Alejandro Mayorkas, United States Secretary of Homeland Security, submit this update regarding the status of settlement discussions pursuant to the Court's November 4, 2024 Order (*see* ECF No. 91) and, respectfully, request a continued brief stay of discovery in this matter pending continued settlement discussions.

On November 20, 2024, the Parties appeared for a Settlement Conference with Judge Ona T. Wang (*see* ECF No. 95). In addition, following the Settlement Conference, the Parties are continuing to engage in settlement discussions with the assistance of Judge Wang. Accordingly, the Parties respectfully request a continued stay of discovery through November 26, 2024, to permit the parties to continue such discussions. In addition, the Parties will submit an update to the Court on November 27, 2024, regarding the outcome of such discussions and whether the matter has been resolved.

We thank the Court for its attention to this matter and consideration of this request.

Sincerely,

*Christie R. McGuinness*

Christie R. McGuinness

CC:
All Counsel Of Record Via ECF.

1270 Avenue of the Americas, Suite 2800 ◆ New York, NY 10020 ◆ Phone: (212) 980-7200 ◆ Fax: (212) 980-7292

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP