

Ryan M. Jerome
Phone: (212) 980-7232
ryan.jerome@saul.com
www.saul.com

> I have been informed that there is a settlement in principle in this matter. All discovery deadlines are adjourned sine die, including the requirement that the parties file a proposed case management plan by December 6. 2024. The parties shall file a stipulation of dismissal by December 23, 2024. The Clerk of Court is respectfully requested to terminate ECF 100.
>
> Date: 12/3/24　　SO ORDERED
> New York, NY
>
> *[signature]*
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

The Honorable Robyn F. Tarnofsky
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**RE:** *Zaziiz S. L. Dinkins v. Alejandro Mayorkas*
　　　1:23-cv-10660-RFT

Dear Judge Tarnofsky:

　　As Your Honor is aware, we represent Plaintiff Zaziiz S. L. Dinkins as *pro bono* counsel for the limited purpose of conducting a Settlement Conference in the above-referenced matter. We, along with counsel for Defendant Alejandro Mayorkas, United States Secretary of Homeland Security, write to advise that the parties have reached a settlement in principle to resolve this action in its entirety. Accordingly, the parties request a stay of the Court's order directing the parties to file a case management plan by December 6, 2024, ECF No. 99, and a stay of discovery generally to permit the parties to memorialize their agreement and file it on the docket by December 23, 2024.

　　We appreciate the Court's attention to this matter.

Sincerely,

*[signature]*
Ryan M. Jerome

cc: All Counsel Of Record Via ECF